No. 9158.

WASHINGTON JACKSON vs. SMITH WREN.

Where the proceedings relating to a tax sale were conducted as against a living defaulting taxpayer, to whom a *curator ad hoc* was appointed, as if absent, and the tax deed purports to convey the interest of a living person in the land, when in fact the taxpayer had been dead for years and neither his succession nor heirs were represented, the sale will be null and can acquire no force by a subsequent confirmatory deed from the Auditor.

| 36 | 315 |
| 52 | 702 |
| 36 | 315 |
| 104 | 715 |
| 36 | 315 |
| 109 | 833 |
| 36 | 315 |
| 111 | 1068 |

APPEAL from the Eighth District Court, Parish of Madison. *Delony*, J.

J. C. *Seale* for Plaintiff and Appellant.

E. D. *Farrar* for Defendant and Appellee.

The opinion of the Court was delivered by TODD, J.